UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE OF CONNECTICUT | : | CIVIL ACTION NO. |
| | : | 3:08-CV-01505 (WWE) |
| v. | : | |
| | : | |
| A.R. SANDRI, INC., ET AL. | : | DECEMBER 12, 2008 |

**NOTICE OF FILING OF**
**OF VOLUNTARY PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**
**BY DEFENDANT THE HARTFORD COURANT COMPANY**

The Hartford Courant Company, as a defendant in the above-captioned action (the "Courant"), respectfully submits as follows:

1. On December 8, 2008 (the "Petition Date"), Tribune Company and certain of its subsidiaries (collectively, the "Debtors"), including the Courant, filed voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware. The Courant's petition is case number 08-13141-KJC. For the Court's reference, these cases are being jointly administered under Case No. 08-13141-KJC, and the president judge is the Honorable Kevin J. Carey.

2. Pursuant to section 362(a) of the Bankruptcy Code, all litigation involving the Debtors, including the Courant, is stayed as of the Petition Date. Accordingly, the Courant submits that the above-captioned action and the consolidated action titled U.S. v. A.R. Sandri, Inc., et al., No. 3:08-cv-1508 (WWE), are stayed as to the Courant.

WHEREFORE, the Courant requests that the Court stay the above-captioned actions in light of the Defendant's filing of voluntary bankruptcy petition as to the Courant, and grant such other and further relief the court deems just and proper under the circumstances.

DATED this 12th day of December, 2008.

        THE DEFENDANT,
        THE HARTFORD COURANT COMPANY

By: _____
        William S. Fish, Jr. (ct05349)
        Paul R. Guggina (ct23409)
        E-mail: pguggina@haslaw.com
        HINCKLEY ALLEN & SNYDER, LLP
        185 Asylum Street
        CityPlace I –35th Floor
        Hartford, CT  06103-3488
        Telephone:  860-725-6200
        Fax: 860-278-3802
        - Its Attorneys –

## CERTIFICATION

I hereby certify that on December 12, 2008, a copy of the foregoing Notice of Filing of Voluntary Petition Under Chapter 11 of the Bankruptcy Code by Defendant The Hartford Courant Company was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept filing]. Parties may access this filing through the Court's system.

_____
Paul Guggina

CHI 4503558v.1